In the
US District Court
for the
Western District of New York

USA

v.

Carlos Bayon #28198055

18-CR-163
FPG

## Motion to Suspend Probation

Defendant hereby request the suspension of his probation based on the fact that Defendant's original PSR recommended 18 to 24 months of total incarceration. Defendant has served over 4 years as of today and every possible avenue for relief had been denied to him, including compassionate, over 65 years old, 2/3 of sentence and First Step Act. Defendant has effectively served his probation already incarcerated. Home confinement also denied.

Under Penalty of Perjury

Carlos B      9-12-22

*Please change Address*
to Coleman FCC PO Box 1031
Coleman Florida 33521

From: Carlos Bayon # 28198055
Coleman Federal Correctional Complex
PO Box 1031
Coleman, FL
33521

18-CR-163

To: Judge Geraci
US District Court - WDNY
2 Niagara Square
Buffalo, NY
14202